IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| ZACHARY PAUL FEMLING | Violation:  18 U.S.C. § 641 |

**Theft of Government Property**
(Social Security Administration Disability Insurance Benefits)

The Grand Jury Charges:

Between on or about August 10, 2021, and on or about January 31, 2026, in the District of North Dakota,

ZACHARY PAUL FEMLING,

while engaged in a continuing course of conduct, did willfully and knowingly steal, purloin, and convert to his own use, goods and property of the United States, namely, money from the Social Security Administration (SSA), of an aggregate value in excess of $1,000, in the form of SSA Disability Insurance Benefits, that the SSA made payable to his deceased mother, Sandra Femling, and that the SSA deposited into Sandra Femling's bank account;

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

/s/ Foreperson _____
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney
JJO/tmg